IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMALA KENNEDY, Parent and Natural Guardian of JF, A Minor and Jamala Kennedy, In Her Own Right,<br>    Plaintiff,<br><br>    v.<br><br>CROTHALL HEALTHCARE, INC., GENERAL ELECTRIC COMPANY and DATEX-OHMEDA, INC.,<br>    Defendants. | No. 21-cv-4103-JMY |

## **ORDER**

AND NOW, this 14th day of June, 2022, upon consideration of the Motion to Remand to State Court (ECF No. 15) filed by the Plaintiff under 28 U.S.C. § 1447(c), it is hereby ORDERED and DECREED that this matter shall be remanded to the Philadelphia County Court of Common Pleas in the First Judicial District of Pennsylvania pursuant to 28 U.S.C. § 1447(c).

BY THE COURT:

    /s/ John Milton Younge
Judge John Milton Younge